# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge Number(s): |
|---|---|
| [x] FEPA | |
| [ ] EEOC | |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Claudia Zepeda | (956) 363-8882 | 08/11/1974 |

**Street Address / City, State and ZIP Code**
3027 Ash Avenue
Mercedes, TX 78570

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| LA QUINTA INN & SUITES MERCEDES | 15+ | (956) 565-0505 |

**Street Address / City, State and ZIP Code**
7007 E Expy. 83
Mercedes, TX 78570

**DISCRIMINATION BASED ON**
Sex and Retaliation

**DATE(S) DISCRIMINATION TOOK PLACE:** Earliest: 08/29/2017    Latest: 09/19/2017

THE PARTICULARS ARE:

## I. PERSONAL HARM

I have been subjected to sexual harassment and wrongfully discharged from my employment due to my sex (Female) and in retaliation for filing a complaint of sexual harassment. During my employment with the Respondent, I was subjected to a hostile and sexual harassing environment by my Manager (Alvaro Medrano). Mr. Medrano actions included unwanted sexual advances, unwelcomed rubbing and touching, including but not limited to "dry humping", and continuous grouping. I reported the sexual hostile environment to Mr. Sunil Wadhwani (Owner) and no actions was taken against Mr. Medrano. Mr. Wadhwani response to me was that "Mr. Medrano makes me to much money and I cannot get rid of him". Mr. Wadhwani stated that he could possibly move me to another hotel, suggesting Motel 6 but the reassignment never took place. Shorty there after there was no action taken to prevent or to end Mr. Medrano sexual-based harassment against me. These actions and comments lead to a very insensitive and hostile work environment. On 09/19/2017, I was terminated by Mr. Medrano from my position due to filing a complaint of sexual harassment against my him. I also believe I was unfairly treated this way because I'm a female.

## II. RESPONDENT'S REASON FOR ADVERSE ACTION:

According to the Respondent, I was terminated from my position due to violation of policies and procedures that I had been trained on by not reporting to work and abandoning my job duties and responsibilities.

## III. DISCRIMINATION STATEMENT:

I believe I have been discriminated against in violation of Texas Labor Code, Chapter 21, and Title VII of the Civil Rights Act of 1964, because of my sex (Female) and in retaliation for exercising my protected rights.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**COMPLAINANT COMPLETES BELOW:**

My name is Claudia (First), Vanessa (Middle), Zepeda (Last), my date of birth is 08/11/1974

and my address is 3027 Ash Ave. (Street), Mercedes (City), TX, 78570 (Zip), _____ (Country).

Executed in Hidalgo County, State of Texas, on the 3rd day of May, 20 18.

EXHIBIT A

I declare under penalty of perjury that the above is true and correct.

_Claudia V Zepeda_
Charging Party Signature

05/03/2018
Date